PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Cristian Ramirez**                                    Docket No.05-cr-320

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Roberto Cordeiro** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Cristian Ramirez**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Court at Newark, New Jersey, on June 9, 2004, under the following conditions:

1. **$250,000 bond secured by $100,000 real estate equity,  $10,000 cash, and cosigned by the defendant's mother, Luisa Ramirez**
2. **Pretrial Services Supervision**
3. **24 hour house arrest with electronic monitoring**
4. **Travel restricted to New Jersey**
5. **Surrender any weapons to case agents**
6. **Surrender travel documents / must not apply for new documents**

### Respectfully presenting petition for action of Court and for cause as follows:

The defendant has requested that bail be revoked and that he surrender to the custody of the U.S. Marshals.   Defense counsel, Curtis J. Laforge, and Assistant U.S. Attorney, Melissa Lyn Jampol, have no objections to the defendant's request.

PRAYING THAT THE COURT WILL ORDER **that bail be revoked and that the defendant surrender to the custody of the U.S. Marshals on August 2, 2005.  Upon the defendant's self surrender it is also requested that the court remove the lien against the posted property and return $10,000 to Luisa Ramirez.**

ORDER OF COURT

Considered and ordered this ___3rd___ day of ___August___, 2005 and ordered filed and made a part of the records in the above case.

_____
John W. Bissell, Chief
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  7/20/05

_____
Roberto Cordeiro
U.S. Pretrial Services